## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Jolanta Leszczynski

                        Plaintiff,

v.                                              Case No.: 1:15−cv−05860
                                               Honorable Harry D. Leinenweber

MPR Management

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 5, 2015:

      MINUTE entry before the Honorable Harry D. Leinenweber:Pursuant to the Court's order denying without prejudice Plaintiff's motion to proceed in forma pauperis, [4], and for attorney representation, [5], Plaintiff had until 9/6/2015 to refile these documents. The deadline by which plaintiff's renewed motions were due has now come and gone with no further filing having been made. Accordingly, the action is dismissed with prejudice.Civil case terminated. Mailed notice(wp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.